# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv509

| | |
|---|---|
| BARBARA MCKINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CABARRUS COUNTY, NC COOPERATIVE ) | |
| EXTENSION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Court has been advised by mediator, Nahomi Harkavy, that the matter has been settled.  The Court will, therefore, require the parties to file a stipulation of dismissal on or before thirty days from entry of this Order.

**IT IS, THEREFORE, ORDERED** that on or before thirty (30) days from entry of this Order, the parties shall file their stipulation of dismissal in this matter.

Signed: July 2, 2009

Martin Reidinger
United States District Judge

United States District Judge

Signed: July 2, 2009